No. 86–5336. SEARS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5339. ENGESSER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5342. FERRI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5343. PRICE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5349. CELANI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–5353. HUGHES v. BOWEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5360. RIVERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5366. MITCHELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5372. MIKELS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5382. SIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–1694. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. HORACE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1895. CHILDRESS v. THOMAS S. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1928. DELAWARE v. WAINWRIGHT. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1978. FLORIDA v. TORRES. Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.